AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DENNIS R. SIMPSON II, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH D. FOX, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-675-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court DENIES Plaintiff's Motion for Appointment of Counsel [D.E. 5], and DISMISSES Plaintiff's federal claim for failure to state a claim. The Court DISMISSES Plaintiff's state-law claims without prejudice. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**DECEMBER 17, 2013**</u> WITH A COPY TO:

Dennis R. Simpson II, Pro se (via USPS to 1616 Concord Street, New Bern, NC 28562-2504

<u>December 17, 2013</u>                    JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                            /s/ Debby Sawyer
                                                            (By) Deputy Clerk

Raleigh, North Carolina